# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STSTES OF AMERICA** | : | Criminal No. 2:18-cr-00703-JMV |
| | : | |
| v. | : | Honorable John Michael Vazquez |
| | : | |
| **LEEVANDER WADE** | : | NOTICE OF MOTION TO |
| | : | ALLOW ACCESS TO |
| | : | DISCOVERY VIA DEDICATED |
| | : | LAPTOP |

TO:  **ROBERT L. FRAZER**  **NAAZNEEN BASHIR KHAN**
OFFICE OF THE US ATTORNEY   OFFICE OF THE US ATTORNEY
970 BROAD STREET   970 BROAD STREET
SUITE 700   SUITE 700
NEWARK, NJ 07102   NEWARK, NJ 07102
(973) 645-2700   (973) 645-6016
Email: robert.frazer@usdoj.gov   Email: naazneen.khan@usdoj.gov

**DONALD SUTTON, WARDEN**
MONMOUTH CO. JAIL
1 WATERWORKS RD.
FREEHOLD, NJ 07728

PLEASE TAKE NOTICE that on a date and time to be set by the Court, the undersigned attorneys for Defendant Leevander Wade will move before the United States District Court for the District of New Jersey for an ORDER:

1. Allowing defendant, Leevander Wade, access to discovery via a dedicated laptop to be located at Monmouth Co. Jail

2. Oral argument is hereby requested.

Dated: May 25, 2021                                              Respectfully submitted,

/s/ Troy A. Archie
Troy A. Archie, Esquire
Counsel for Leevander Wade
21 Route 130 South
Cinnaminson, New Jersey 08077
Tele: (856) 786-7000
E-Mail: archie@aafnjlaw.com