# EXHIBIT "A"




4775 League Island Boulevard   |   Philadelphia, PA 19112
(P) 267.639.6900   |   www.cornerstonediscovery.com

April 19, 2021

Troy A. Archie, Esq.
Afonso, Archie & Foley, P.C.
21 US-130
Cinnaminson, NJ 08077

Re: U.S. v. Healy, et al., Cr. No. 2:18-cr-00703-JMV

Dear Mr Archie,

Cornerstone Discovery has been authorized by the United States District Court of New Jersey to host discovery in this matter.

As of April 19, 2021, Cornerstone Discovery is hosting approximately 40 GB of data for your client, Leevander Wade. The data consists of 20375 files which includes 10019 audio and 4185 video files.

Based on our assessment, the 10019 audio files (i.e., jail calls, recorded buys, etc.) contain approximately 685.79 hours of audio. In addition, the 4185 video files (i.e., video surveillance) contain 62.67 hours of video.

Provided that your client is only getting up to 4 hours per week to review discovery, it would take him approximately 187 weeks (3.5 years) to review just the audio and video alone.

The length of time to review audio and video can be reduced if your client increased the number of hours per day to review discovery or received permission to have a dedicated laptop in his cell.

Sincerely,

Grady Walters
Director, Trial Support Services
Cornerstone Discovery