## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STSTES OF AMERICA** | : | **Criminal No. 2:18-cr-00703-JMV** |
| v. | : | **Honorable John Michael Vazquez** |
| **LEEVANDER WADE** | : | |

## CERTIFICATION

I, Jennifer Bodary, of age, certify and say as follows:

1) I am a legal secretary at the office of Afonso Archie & Foley, P.C.

2) On February 9, 2021 I called the Monmouth County Jail and spoke to Lt. Daniel Hansson.

3) At Mr. Archie's direction I asked Lt. Hansson if it would be possible to allow Mr. Wade a dedicated laptop to use at the facility to review his voluminous discovery.

4) Lt. Hansson advised that our request for a dedicated lap top could not be granted.

5) Lt. Hansson also advised that it would not be possible to allow Mr. Wade any additional time in the library to review discovery, as there are several inmates with digital discovery and their capacity in the Library has been reduced to 4 inmates at a time due to Covid.

I certify that the foregoing statements made by me are true to the best of my knowledge and if any statements are willfully false then I am subject to punishment.

_____
Jennifer Bodary

May 24, 2021