# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STSTES OF AMERICA** | : | Criminal No. 2:18-cr-00703-JMV |
| | : | |
| v. | : | Honorable John Michael Vazquez |
| | : | |
| **LEEVANDER WADE** | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, after consideration of Defendant Leevander Wade`s Motion to allowing access to discovery via a Dedicated laptop provided by Cornerstone Legal Consults and located within the Monmouth County Correctional Institution New Jersey, it is hereby ORDERED that the Motion is GRANTED, subject to input as to laptop specifications from Monmouth County Jail officials and/on IT Department.

BY THE COURT

_____
**Honorable John Michael Vazquez**