

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

June 15, 2021

**By E-mail and ECF**
The Hon John Michael Vazquez
District Court Judge
United States Courthouse and Post Office
Newark, New Jersey 07102

      Re: U.S. v. Leevander Wade, Crim. No. 18-703

Dear Judge Vazquez:

      As the Court directed, the Government writes to address its position on defendant's request for a laptop computer at the Monmouth County Correctional Facility (Dkt. No. 129, filed May 25, 2021). The Government takes no position on the defendant's motion.

      The Government does note that the information provided to the Court by the United States Marshal's Service may be useful to the Court in determining the motion. I am forwarding a copy to counsel of that communication under separate email.

      The Government is available should the Court require additional information.

                                Very truly yours,

                                RACHAEL A. HONIG
                                Acting United States Attorney

                                By: Robert Frazer
                                Assistant U.S. Attorney

cc. Troy Archie, Esq.
    John Whipple, Esq.