UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>      *Plaintiff*,<br><br>v.<br><br>LEEVANDER WADE, et al.<br><br>      *Defendant*. | Crim. No. 18-703<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter was opened to the Court on the motion of Defendant Leevander Wade for access to a dedicated laptop in the Monmouth County Jail, where Wade is currently incarcerated. D.E. 129. And it appearing as follows:

1. Wade indicates that there is voluminous discovery in this matter and that "he has had tremendous difficulty in trying to review digital discovery because of the limited time he gets per session," D.E. 129;

2. Wade is currently scheduled to visit the law library twice per week for approximately one hour each time. However, because he had electronic discovery, Wade is permitted to request additional law library visits. To date, the Monmouth County Jail has not denied any requests for additional time; and

3. Not only has Wade never been denied additional time, he has refused to visit the law library on six different occasions for which he had been approved.

For the foregoing reason, and for good cause shown,

**IT IS** on this 7th day of July 2021, hereby

**ORDERED** that Defendant's motion, D.E. 129, is **DENIED without prejudice**. Wade must first avail himself of the additional time provided by the Monmouth County Jail (including

2

attending his schedule visits).  If after doing so, Wade still believes that he has insufficient time to review the discovery in this matter, he can renew his motion.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.