**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                        **DATE**: 8/14/2024
**JUDGE:** MICHAEL FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                        **DOCKET#** 18-703

UNITED STATES OF AMERICA

        vs.

**Leevander Wade**

**APPEARANCES:**

Robert Frazer, AUSA
Samantha Fasenello, AUSA
Troy Archie, Esq. for Defendant
Adam Elewa, Esq for Defendant
Marisol Perez, Probation Officer
Defendant present

**Nature of Proceedings**:  SENTENCING ON Count 1 of the Superseding Indictment

Imprisonment – 440 months
Supervised Release – 5 years
Special conditions: consent to search, alcohol/drug testing and treatment,
Motion to dismiss Counts 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13 granted.
Special Assessment - $100.00 due immediately.
Defendant advised of right to appeal.
Restitution: $6,223 interest waived.
Fine waived.
Defendant REMANDED to the custody of the USM.

Time Commenced:  11:30
Time Adjourned:  12:30
Total Time:  1:00

                          RoseMarie Olivieri
                          SENIOR COURTROOM DEPUTY